IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LANDON M. BRYANT                                                                                        PLAINTIFF

v.                                            No. 5:21-CV-05047

SHERIFF TIM HELDER and
CORPORAL ROBERT RAINES                                                                         DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 15) from Chief United States Magistrate Judge Erin L. Wiedemann. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendant Raines's motion (Doc. 9) to dismiss. The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to dismiss (Doc. 9) is GRANTED and all claims against Defendant Corporal Robert Raines are DISMISSED WITH PREJUDICE. Claims against Sheriff Tim Helder remain pending.

IT IS SO ORDERED this 17th day of May, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE