UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LANDON M. BRYANT                                                    PLAINTIFF

v.                          No. 5:21-CV-05047

SHERIFF TIM HELDER                                          DEFENDANT

## **ORDER**

The Court has received a report and recommendation (Doc. 26) from United States Magistrate Judge Christy Comstock. The deadline to file objections has not yet passed, but mail from the Clerk (including the report and recommendation) to Plaintiff has again been returned. The Magistrate recommends that Defendant's motion (Doc. 23) to dismiss be granted and that this case be dismissed without prejudice for Plaintiff's failures to comply with Court orders, keep his address information up to date with the Court and Defendant, or otherwise respond to communication from the Court. The Court has reviewed the report and recommendation and the record de novo, and the report and recommendation is ADOPTED.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 23) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered separately.

IT IS SO ORDERED this 2nd day of July, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE